In the Matter of FREDERICK J. NERONI, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted August 22, 2011; decided September 20, 2011

On the Court's own motion, appeal, insofar as taken from the order of disbarment, dismissed upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed upon the ground that the other orders appealed from do not finally determine the proceeding within the

meaning of the Constitution. Motion for leave to appeal from the order of disbarment denied.